**John P. TURNER, Plaintiff-Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION, Defendant-Appellee.**

No. 17-1832

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2017

Decided: December 5, 2017

John Paul Turner, Appellant Pro Se. Evelyn Rose Marie Protano, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Before NIEMEYER, TRAXLER, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing this action for want of administrative exhaustion and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Social Sec. Admin.*, No. 5:17-cv-00058-MFU, 2017 WL 2651719 (W.D. Va. June 8 & 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*